THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. DIFFENBACH et al., Appellants, *v.* REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents.

*Jurisdiction — colleges — trustees — authority of regents of the university to remove from office trustees of medical college.*

*People ex rel. Diffenbach* v. *Regents of University,* 199 App. Div. 55, affirmed.

(Argued October 9, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 3, 1922, confirming on certiorari a determination of the regents of the university of the state of New York removing from office the trustees of the New York Medical College and Hospital for Women. Relators contended that the regents were without jurisdiction to remove the said trustees.

*George A. Blauvelt* and *Joseph A. Warren* for appellants.

*Frank B. Gilbert* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.